**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WAYNE BETTENCOURT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENCHMARK REALTY, LLC,<br><br>Defendant. | Case No. 3:26-cv-01750<br><br>Judge Trauger<br><br>CLASS ACTION<br><br>JURY DEMAND |

**PLAINTIFF'S NOTICE OF FILING EXHIBIT A TO CLASS ACTION COMPLAINT**

Plaintiff Wayne Bettencourt ("Plaintiff"), individually and on behalf of all others similarly situated, gives notice of filing Exhibit A to the Class Action Complaint (Doc. No. 1). The Complaint refers to Exhibit A, the Closing Disclosure for Plaintiff's purchase of the Property, at ¶ 24, but the exhibit was inadvertently omitted when the Complaint was filed. A true and correct copy of Exhibit A is attached to this Notice.

Dated: November 5, 2026

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

*/s/ Andrew Shamis*
Andrew Shamis, Esq.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and the Putative Class*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 5, 2026, I filed the foregoing through the Court's CM/ECF system. No counsel has yet appeared for Defendant. A copy of this Notice and Exhibit A will be served on Defendant Benchmark Realty, LLC with the Summons and Complaint under Fed. R. Civ. P. 4.

*<u>/s/ Andrew Shamis</u>*
Andrew Shamis, Esq.